# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL THOMAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. CV 20-10967-GW-AFMx<br><br>**ORDER TO SHOW CAUSE WHY CLINTON WILLIS SHOULD NOT BE HELD IN CONTEMPT OF COURT**<br><br>Date:　December 6, 2022<br>Time:　8:30 a.m.<br>Judge:　Hon. George H. Wu<br><br>Complaint Filed:　October 22, 2020<br>Discovery Cutoff: November 10, 2021<br>Trial Date:　　　February 15, 2022 |

　　　On December 6, 2021, at 8:30 a.m., Plaintiff DANIEL THOMAS' Motion for Order Finding Clinton Willis in Contempt of Court ("Motion") came on regularly for hearing. Upon consideration of the papers filed in connection with this motion and arguments of counsel, the Court rules as follows:

　　　The Court finds it has enough verified information to support issuing an Order to Show Cause ("OSC") against non-party Clinton Willis for failing to comply with at least two subpoenas served under Fed.R.Civ.P. 45.  The record reflects that Willis has ignored the subpoenas without providing adequate excuse or rationale for his

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

Error! Unknown document property name.　　1　　20-cv-10967-GW-AFM
**[PROPOSED] ORDER TO SHOW CAUSE WHY CLINTON WILLIS SHOULD NOT BE HELD IN CONTEMPT OF COURT**

refusal to comply with the subpoenas, and has served no objections to the subpoenas. *See, e.g.,* Motion at 5-9 (ECF 52-1). Accordingly, the Court orders as follows:

1. Within seven days of the date this Order becomes final, Clinton Willis shall show cause why he should not be held in contempt of Court for failure to comply with the subpoenas for depositions;

2. To discharge this Order, within seven days of this order, Clinton Willis shall sit for a deposition required by the subpoenas previously served upon him;

3. Failure to timely comply with this Order to Show Cause will result in an Order of Contempt in the amount of $100 per day against Willis for failure to comply with a court order; the $100 shall run from the date of service of this Order on Willis; and

4. The Court will consider awarding Plaintiff verifiable costs that have arisen pursuant to Willis' violation of the subpoenas.

**IT IS SO ORDERED.**

DATED: December 6, 2021

*George H. Wu*
HON. GEORGE H. WU,
United States District Judge

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

Error! Unknown document property name.   2   20-cv-10967-GW-AFM
**[PROPOSED] ORDER TO SHOW CAUSE WHY CLINTON WILLIS SHOULD NOT BE HELD IN CONTEMPT OF COURT**