UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-10967-GW-JEMx | Date | February 28, 2022 |
| Title | Daniel Thomas v. State Farm General Insurance Company | Page | 1 of 1 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Katie E. Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Charles F. Whitman | Valerie D. Rojas |

**Proceedings:** TELEPHONIC HEARING ON PLAINTIFF DANIEL THOMAS' MOTION TO REMAND TO VENTURA SUPERIOR COURT [87]

Court and counsel confer. Neither side decides to file an interlocutory appeal. The Court hears oral argument on motion to remand. The Court's Tentative Ruling issued on February 10, 2022 [100] is adopted as the Court's Final Ruling. Plaintiff's motion is denied.

Court and counsel discuss scheduling. The Court sets the following:

    Pretrial Conference    June 9, 2022 at 8:30 a.m.
    Jury Trial    June 21, 2022 at 9:00 a.m.

Supplemental motions in limine are to be filed by May 31, 2022.

The Court refers the parties to mediation and sets a post mediation status conference for May 12, 2022 at 8:30 a.m., with a joint status report to be filed by May 10, 2022

                                  : 15
**Initials of Preparer**  JG